**Norris CLOPTON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 55957.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 19, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 17, 1990.

James Stewart McKay, St. Louis, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant, Norris Clopton, appeals the denial of his Rule 24.035 motion after an evidentiary hearing. We affirm. We have reviewed his allegations, the record on which they are based, and the court's findings of fact and conclusions of law. We find the court's findings and conclusions are not clearly erroneous. No precedential purpose would be served by an extended opinion. Rule 84.16(b).